On respondent's petition for reconsideration filed January 28, reconsideration allowed; former opinions (221 Or App 433, 190 P3d 437; 224 Or App 493, 199 P3d 343 (2008)) vacated; affirmed March 11, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN DWIGHT WESTBROOK,
*Defendant-Appellant.*

Lane County Circuit Court
2004-23125, 2004-23277, 2005-05744,
2004-23624, 2005-05745, 2005-07054;
A128352 (Control), A128353, A128354,
A129155, A129156, A129157

204 P3d 116

Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals, for petition.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Riggs, Senior Judge.

PER CURIAM

## PER CURIAM

The state petitions for reconsideration, arguing that, in light of *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), we should vacate our prior opinion in *State v. Westbrook*, 221 Or App 433, 190 P3d 437, *vac'd and rem'd on recons*, 224 Or App 493, 199 P3d 343 (2008). We agree that *Oregon v. Ice* is dispositive and that, consequently, the trial court did not err in imposing consecutive sentences. Accordingly, we vacate both of our former opinions, each of which was predicated on the premise that *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), was controlling.

Reconsideration allowed; former opinions vacated; affirmed.